UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff or Petitioner,

Case No. 05-cv-80050-1
v.                                         Hon. Matthew F. Leitman

D1, DARNELL LAMONT CARTER,

    Defendant or Respondent.
_____/

**ORDER DENYING REQUEST FOR COPY OF
PRE-SENTENCE INVESTIGATION REPORT
AND STATEMENT OF REASONS DOCUMENT (ECF No. 363)**

Now before the Court is a request by Defendant Darnell Lamont Carter for a copy of his Pre-Sentence Investigation Report and Statement of Reasons Document. (*See* ECF No. 363.) Mr. Carter has requested a copy of these documents stating he intends to use them in support of his application for a pardon. (*See id.*) The practice in this Court has historically been that if a Pre-Sentence Investigation Report and Statement of Reasons Document is required for this purpose, the request should be submitted by the United States Department of Justice, Office of the Pardon Attorney. Accordingly, Mr. Carter's request is **DENIED**.

    **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: October 30, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2024, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126